UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

**Jeannie V.,**

                **Plaintiff,**

v.                                          3:18-CV-00910
                                                (NAM)

**ANDREW SAUL, Commissioner**
**of the Social Security Administration,**

                **Defendant.**
_____

**Appearances:**

Peter A. Gorton
Lachman, Gorton Law Firm
P.O. Box 89
1500 East Main Street
Endicott, New York 13761
*Counsel for Plaintiff*

David L. Brown
Social Security Administration
Office of Regional General Counsel Region II
26 Federal Plaza - Room 3904
New York, New York 10278
*Counsel for Defendant*

Daniel Stice Tarabelli
Social Security Administration
Office of the General Counsel
15 Sudbury Street - Suite 625
Boston, Massachusetts 02203
*Counsel for Defendant*

**Hon. Norman A. Mordue, Senior United States District Court Judge**

### ORDER OF THE COURT

    Plaintiff commenced this action on August 3, 2018, seeking review of the

Commissioner's denial of her application for social security disability benefits under the Social

Security Act. (Dkt. No. 1). The Court issued a Memorandum-Decision and Order on June 17, 2019, entering judgment in Plaintiff's favor and remanding the matter for further proceedings. (Dkt. No. 20). As the prevailing party, Plaintiff moved for an award of attorney's fees under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412, in the amount of $6,140.70. (Dkt. No. 23). The Commissioner does not object to Plaintiff's motion for fees. (Dkt. No. 24). Pursuant to Plaintiff's signed agreement with her attorney, Peter A. Gorton, she has agreed that all attorney's fees should be paid directly to him. (Dkt. No. 23-1). The Court has reviewed the parties' submissions and finds that Plaintiff's request is not unreasonable.

Accordingly, it is:

**ORDERED** that Plaintiff's motion for attorney's fees pursuant to 28 U.S.C. § 2412, (Dkt. No. 23), is **GRANTED** in the amount of $6,140.70.

**IT IS SO ORDERED.**

Date: July 19, 2019
Syracuse, New York

Norman A. Mordue
Senior U.S. District Judge